No. 87–7140. FERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–7141. GOMEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–7142. DOLENC *v.* OWENS, SUPERINTENDENT OF PHILADELPHIA PRISONS. C. A. 3d Cir. Certiorari denied.

No. 87–7146. MEDINA *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–7147. MUTH *v.* CENTRAL BUCKS SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–7148. OQUELI-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–7149. NIKRASCH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–7151. WIGGINS *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–7152. SMITH *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 87–7153. SYDNOR, AKA BEY *v.* ZIMMERMAN, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–7154. SVEE *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 87–7156. MAY *v.* OHIO UNEMPLOYMENT COMPENSATION BOARD OF REVIEW. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 87–7160. HOLLOWAY *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–7161. FORREST *v.* FULCOMER ET AL. C. A. 3d Cir. Certiorari denied.